**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 222 MAL 2017
                               :
                Respondent    :
                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court
                  v.                    :
                               :
                               :
PAUL W. CRISAMORE,               :
                               :
                Petitioner      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.